# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ECLIPSE IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **LEAD CASE NO: 2:13-cv-67** |
| v. | ) |
| | ) Case No. 2:13-cv-360-JRG-RSP |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Eclipse IP LLC and Defendant Target Corporation jointly moved for an order of dismissal with prejudice. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims and counterclaims in this action are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the submission of their Joint Motion for Dismissal with Prejudice.

**SIGNED this 3rd day of February, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE